THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v*. VENDOME SERVICE, INC., Appellant.

Argued January 20, 1943; decided March 4, 1943.

644

*Samuel L. Teitler* for appellant.

*William C. Chandler, Corporation Counsel* (*John D. J. Moore, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH. RIPPEY. LEWIS, CONWAY and DESMOND, JJ.